IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 19 CR 158-6 |
| ) | Judge Kendall |
| DENNY ZHENG, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DENNY ZHENG'S AGREED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE TO ALLOW HIM TO TRAVEL TO LAS VEGAS, NEVADA FOR A FAMILY VACATION DURING THE TIME PERIOD FROM JANUARY 14, 2022 THROUGH JANUARY 17, 2022**

Defendant, Denny Zheng, by and through his undersigned counsel, by agreement, respectfully moves this Court for the entry of an Order modifying the conditions of his pre-trial release to allow him to travel to Las Vegas, Nevada during the time period from January 14, 2022 through January 17, 2022 for purposes of a family vacation, and states as follows:

1. Mr. Zheng requests permission to travel to Las Vegas, Nevada during the time period of January 14, 2022 through January 17, 2022 for the purposes of a family vacation.

2. Mr. Zheng's counsel has conferred with the Government and with Mr. Zheng's assigned Pre-Trial Services Officer.

3. The Government has agreed to this Motion.

4. Mr. Zheng's counsel also provided notice to Mr. Rhiel of Pre-Trial Services. Mr. Rhiel previously confirmed that Pretrial does not take a position on motions to modify Mr. Zheng's conditions of pre-trial release because Mr. Zheng has not been on Pretrial supervision.

5. Mr. Zheng's counsel is also submitting an Agreed Order to the Court in connection

with this Motion.

**WHEREFORE**, Defendant, Denny Zheng, by and through his undersigned counsel, and by agreement, respectfully request the entry of an Order modifying the conditions of his pre-trial release so as to grant him leave to travel to Las Vegas, Nevada between January 14, 2022 and January 17, 2022 for purposes of a family vacation, and for such other and further relief as is appropriate.

        **RESPECTFULLY SUBMITTED,**

        By: <u>s/Michael I. Leonard</u>
            **Counsel for Mr. Zheng**


**LEONARD TRIAL LAWYERS LCC**
Michael I. Leonard
Frank Swanson
120 N. LaSalle Street, 20th Floor
Chicago, Illinois 60602
312-380-6559(office)
312-264-0671 (fax)
mleonard@leonardtriallawyers.com


## CERTIFICATE OF SERVICE

The undersigned states that, on January 3, 2021, he caused the above to be served on all counsel of record by way of ECF filing.

        **RESPECTFULLY SUBMITTED,**

        By: <u>s/Michael I. Leonard</u>
            **Counsel for Mr. Zheng**